**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CHARLES PATRICK KILLACKY,**

    *Petitioner*,

v.                                                                 **Case No.: 5:24cv206-MW/ZCB**

**WARDEN ROBERT FLORES,**

    *Respondent.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 12, is **GRANTED**. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED with prejudice** as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on August 20, 2025.**

        **s/Mark E. Walker_____**
        **United States District Judge**